No. 73–6045. MACKAY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–6055. COLE ET AL. v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 73–6070. WATKINS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–6076. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–6089. CAMPANELLA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–6100. WILSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–6103. RUTH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 73–6145. MORGAN v. CALIFORNIA PERSONNEL BOARD (SANTA BARBARA COUNTY WELFARE DEPARTMENT, REAL PARTY IN INTEREST). Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 73–6148. PHILLIPS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 73–6169. CAIN v. BRITTON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 73–6183. BROOKS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73–6218. CAIN v. U. S. BOARD OF PAROLE ET AL. C. A. 7th Cir. Certiorari denied.

No. 73–6321. GREEN v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.